Philip BLANDING, Respondent,

v.

SPORTS & HEALTH CLUB,
INC., Relator.

No. C5–85–305.

Supreme Court of Minnesota.

Oct. 24, 1985.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the petition of Sports & Health Club, Inc. for further *review* be, and the same is, *granted.* No briefing is required and the matter will be considered by the court on the nonoral calendar. All proceedings on appeal are stayed pending disposition in *Potter v. La-Salle Sports & Health Club,* Case No. C7–84–2000, petition for further review granted August 29, 1985.

COYNE, J., took no part.